IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02384-PSF-MJW

VIRGINIA MOHR-CALLAHAN and,
GERALD CALLAHAN,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

---

## ORDER TO SET DEADLINE FOR DISMISSAL PAPERS AND TO VACATE COURT DATES

---

    The Court has reviewed the Plaintiffs' and Defendant's Notice of Settlement (Dkt. # 229) and the file in this matter.  It is hereby

    ORDERED that fully executed dismissal papers shall be filed with this Court on or before **July 22, 2005**.  It is further

    ORDERED that the final trial preparation conference, set for July 8, 2005 at 3:00 p.m., and the five-day jury trial, set to commence July 18, 2005, are VACATED.

    DATED:  July 7, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa

                                            _____
                                            Phillip S. Figa
                                            United States District Judge