IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02384-PSF-MJW

VIRGINIA MOHR-CALLAHAN and,
GERALD CALLAHAN,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 234).  The Court having reviewed the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED that the above-entitled action shall be dismissed with prejudice, all parties to pay their own costs and attorneys' fees.

DATED:  August 8, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa
                                              _____
                                              Phillip S. Figa
                                              United States District Judge